UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>480 GEARY STREET, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-02460-JSW<br><br>**ORDER GRANTING IN PART MOTION FOR ADMINISTRATIVE RELIEF AND EXTENDING DEADLINE FOR SITE VISIT**<br><br>Re: Dkt. No. 14 |

On August 28, 2019, the Court issued an Order extending the deadline to complete a site inspection in this case to September 30, 2019. The Court also ordered Defendant to provide three court dates of availability by September 4, 2019. (Dkt. No. 10.) On September 30, 2019, after Plaintiff had not been able to schedule the site inspection, Plaintiff filed a motion for administrative relief. (Dkt. No. 14.) Plaintiff asks the Court to direct Defendant to show cause why sanctions should not be imposed for their non-compliance with General Order 56 and for their non-compliance with this Court's Order dated August 28, 2019.

The Court finds good cause to grant Plaintiff's request in part. It also shall grant one final extension of the deadline to conduct the site inspection to November 1, 2019. In the interim, Defendants are HEREBY ORDERED TO SHOW CAUSE, IN WRITING, why the Court should not impose monetary or other appropriate sanctions based on their failure to comply with the September 30, 2019 deadline to complete the site inspection. Defendants' response shall be due by October 18, 2019. At this time, the Court is not inclined to strike Defendants' answer as a sanction.

However, if the parties have not completed the site inspection by November 1, 2019, the

Court shall consider taking additional action upon a request from Plaintiff.

**IT IS SO ORDERED.**

Dated: October 4, 2019

_____
JEFFREY S. WHITE
United States District Judge