UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>480 GEARY STREET, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-02460-JSW<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT**<br><br>Re: Dkt. Nos. 30, 31 |

On May 28, 2020, this Court granted, in part, Plaintiff's motion for sanctions and ordered Defendants to pay Plaintiffs attorneys' fees in the amount of $1470.00 by June 8, 2020. The Court also ordered that if Defendants had not paid Plaintiffs the $750.00 it had ordered them to pay on November 8, 2019, they must do so by June 8, 2020. The Court advised Defendants that if they did not comply with that deadline, the Court would issue an Order to Show Cause directing them to show cause why they should not be held in contempt. On June 11, 2020, Plaintiffs filed a notice stating that Defendants have not paid either of the monetary sanctions.

Accordingly, pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(vii), Defendants are HEREBY ORDERED TO SHOW CAUSE why they should not be held in contempt based on their failure to comply with the Court's order imposing sanctions. Defendants shall respond by July 2, 2020, and the Court will address this issue at the case management conference scheduled for July 17, 2020. The Court further admonishes Defendants that as it stated in the Order granting, in part, Plaintiff's motion for sanctions, if they fail to appear for or fail to participate in or do not provide input on the joint case management conference statement required by this Order, or if they fail to *timely* respond to or provide insufficient responses to any further discovery that Plaintiff serves, the Court will take more drastic action, including striking their answer and/or entering a

1  default judgment against them.

2  **IT IS SO ORDERED.**

3  Dated: June 15, 2020

_____
JEFFREY S. WHITE
United States District Judge