United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>480 GEARY STREET, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-02460-JSW<br><br>**ORDER TO COUNSEL TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS FOR FAILURE TO APPEAR** |

On July 17, 2020, the Court held the initial case management conference (CMC) in this case by way of an AT&T teleconference. The parties were notified of the date and time of the conference, as well as the manner in which it would proceed on May 28, 2020. (Dkt. No. 30; *see also* Dkt. No. 34.)

Counsel for Defendants, Michael D. Welch, Esq., did not appear on that date. The Court received no communications from Mr. Welch in advance of the CMC, and Plaintiff's counsel advised the Court that she had not received any communications from him.

Accordingly, Mr. Welch is HEREBY ORDERED TO SHOW CAUSE why monetary sanctions in the amount of $500.00 should not be imposed for his failure to appear at the CMC. Mr. Welch's response to this Order to Show Cause shall be due by no later than July 31, 2020.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____
JEFFREY S. WHITE
United States District Judge